Argued and submitted December 11, 1980, reversed and
remanded for further proceedings January 19, 1981

STATE OF OREGON,
*Respondent,*
*v.*
MARVIN BUCKMASTER,
*Appellant.*

(No. 79-220 C, CA 17199)

621 P2d 679

Gary L. Gardner, Salem, argued the cause for appellant. On the brief was David W. Hittle, Salem.

John C. Bradley, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James M. Brown, Attorney General, John R. McCulloch, Jr., Solicitor General, and William F. Gary, Deputy Solicitor General, Salem.

Before Richardson, Presiding Judge, and Thornton and Buttler, Judges.

PER CURIAM.

**PER CURIAM.**

Despite the caption of the case designating the state as plaintiff, this is a post conviction proceedings brought by appellant. The state concedes that the court erred in ruling on the petition before the state had filed an answer and without a hearing.

Reversed and remanded for further proceedings.